# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALINA KHIMMAT,**<br><br>　　　　Plaintiff<br><br>v.<br><br>**WELTMAN, WEINBERG AND REIS CO., LPA,**<br><br>　　　　Defendant. | Case No. 2:21-cv-02944-JDW |

## ORDER

AND NOW, this 7th day of February, 2022, upon consideration of Defendant Weltman, Weinberg and Reis Co., LPA's Motion For Judgment On The Pleadings (ECF No. 12), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED.**

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge